AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| VARTA MICROBATTERY GMBH <br><br> *Plaintiff(s)* <br> v. <br> BEST BUY CO., INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20-cv-00054 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Best Buy Co., Inc.
c/o CT Corporation System, its registered agent
1999 Bryan St., Suite 900
Dallas, Texas 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew W. Stinson
Ramey & Flock, P.C.
100 E. Ferguson Street, Suite 404
Tyler, Texas 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __2/25/20__  __David A. O'Toole__
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00054-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BEST BUY CO., INC.

was received by me on *(date)*   02/25/2020   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I delivered a true copy of the Summons*, and Complaint to BEST BUY CO., INC. by delivery to its Registered Agent, Terri Thongsavat of CT Corporation System at 1999 Bryan Street, STE 900, Dallas, TX 75201 on February 27, 2020 at 9:56 a.m.,++

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/04/2020

*Server's signature*

Michael J. Collins Process Server PSC-359, expires 07/31/2020
*Printed name and title*

110 N College Ave #1002
Tyler, TX 75702
*Server's address*

Additional information regarding attempted service, etc:
*with the date of delivery endorsed theron
++by Certified Mail, return-receipt requested.
PS Form 3811 and USPS tracking information are attached
Certified Mail Number 9414 7266 9904 2156 6540 79
Exhibit A; Exhibit B; Exhibit C; and Exhibit D were attached

Add a tracking number

Showing: All



9414726699042158654079

**Delivered:**
DALLAS, TX 75201 on February 27, 2020 at 9:56 am

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9266 9904 2158 6540 72 | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Terri Thongsavat  C. Date of Delivery: FEB 2 7 2020<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>BEST BUY CO., INC.<br>C/o CT Corporation System, Registered Agent<br>1999 Bryan Street, STE 900<br>Dallas, TX 75201 | |
| | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br>**Reference Information**<br>A Stinson |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2158 6540 79 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

UPDATED 3/4/2020 1:23 PM